Case 2:23-cr-00162-DAD   Document 8   Filed 06/21/23   Page 1 of 1

FILED
June 21, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILFREDO F. REYES,<br><br>　　　　Defendant. | Case No.  2:23-mj-00092-CKD-5<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>WILFREDO F. REYES</u> Case No. <u>2:23-mj-00092-CKD-5</u>  Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

|   |   |   |
|---|---|---|
| _____ | Release on Personal Recognizance | |
| _____ | Bail Posted in the Sum of $ | |
| x | Unsecured Appearance Bond $ | $50,000.00 unsecured bond cosigned by defendant's fiancée, Maritza Echeverria, in the interim |
| _____ | Appearance Bond with 10% Deposit | |
| _____ | Appearance Bond with Surety | |
| _____ | Corporate Surety Bail Bond | |
| x | (Other): <u>Terms as stated in court and release forthwith today, 6/21/2023, Defendant must report directly to the Pretrial Services office on 6/22/2023 at 9:00 AM, in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.</u> | |

Issued at Sacramento, California at 2:40pm

Dated:  June 21, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE