```
ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALBERTO NAVARRO ZAPATA, and WILFREDO F. REYES,<br><br>  Defendants. | CASE NO. 2:23-CR-0162-DAD<br><br>STIPULATION REGARDING INTERNAL BRIEFING DATES FOR THE TWO DEFENSE MOTIONS PENDING AT ECF NOS. 127 AND 128; FINDINGS AND ORDER<br><br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1.   On October 28, 2025, defendant Zapata filed a motion to dismiss the indictment. ECF No. 127. That same day, defendant Reyes also filed a similar motion, requesting to join Zapata's motion. ECF No. 128. Both defendants request that the motion hearing be set for November 24, 2025.

//

//

//

//

2. By this stipulation, defendants Zapata and Reyes, and the government, jointly request that the government's opposition be due on November 10, 2025, and that the defendant's optional replies be due on November 17.

IT IS SO STIPULATED.

Dated:  November 10, 2025

ERIC GRANT
United States Attorney

By: /s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated:  November 10, 2025

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
ALBERTO NAVARRO ZAPATA

Dated:  November 10, 2025

/s/ MICHAEL D. LONG
MICHAEL D. LONG
Counsel for Defendant
WILFREDO REYES

**ORDER**

IT IS SO FOUND AND ORDERED.

IT IS SO ORDERED.

Dated:  **November 10, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE