ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILFREDO REYES,<br><br>Defendant. | CASE NO. 2:23-CR-0162-DAD-5<br><br>**AMENDED** STIPULATION REGARDING REQUEST FOR TRIAL DATES AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 22, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for a jury trial on June 30, 2026. ECF No. 126.

2. On June 8, 2026, this Court agreed to the parties' request to vacate this trial, and to set a status hearing for June 22, 2026, with the understanding the parties would meet and confer and file a request for a new trial date. ECF No. 163.

3. By this stipulation, the parties now respectfully request the following schedule:

| | |
|---|---|
| Trial Confirmation Hearing | August 17, 2026, at 9:30 a.m. |
| Jury Trial | September 15, 2026, at 9:00 a.m. |

4. By previous order, time has been excluded until June 22, 2026. ECF No. 163. If this Court agrees to the proposed trial schedule, the parties respectfully request that the June 22, 2026, status

STIPULATION REGARDING REQUEST FOR TRIAL DATES AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER

1

hearing be vacated, and that this Court exclude time from June 10, 2026, to September 15, 2026, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

5.      In support of this exclusion of time request, the parties stipulate as follows:

a)      The government has represented that the discovery associated with this case includes over 100 gigabytes of discovery in electronic form, including investigative reports and related documents, surveillance video and photos, laboratory reports, wiretap intercepts from nine separate phones, and other evidence.  Much of this evidence, including most of the intercepts and covert recordings, is in the Spanish language.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to review this discovery, review the current charges, to conduct investigation and research related to the charges, and to otherwise prepare for trial.

c)      The government does not object to the continuance.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 22, 2026 to September 15, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//

STIPULATION REGARDING REQUEST FOR TRIAL
DATES AND EXCLUDABLE TIME PERIODS UNDER
SPEEDY TRIAL ACT; FINDINGS AND ORDER

2

6.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 10, 2026

ERIC GRANT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated:  June 10, 2026

/s/ MICHAEL D. LONG
MICHAEL D. LONG
Counsel for Defendant
WILFREDO REYES

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the previously scheduled June 22, 2026 status conference and June 30, 2026 jury trial dates are vacated.  Defendant Reyes' case is continued to August 17, 2026, at 9:30 a.m. for Trial Confirmation Hearing and September 15, 2026, at 9:00 a.m. for Jury Trial.  Defendant Reyes is ordered to appear in the courtroom of the undersigned on both of those dates and times.  The time period of June 22, 2026 to September 15, 2026, inclusive, is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **June 16, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING REQUEST FOR TRIAL
DATES AND EXCLUDABLE TIME PERIODS UNDER
SPEEDY TRIAL ACT; FINDINGS AND ORDER

3