MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for WILFREDO REYES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, Plaintiff, | ) No. 2:23-162 DC |
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER FOR TEMPORARY TRAVEL TO THE NDCA FOR A FUNERAL |
| WILFREDO REYES, Defendant. | ) Date: <br> ) Time: <br> ) Judge: Hon. Magistrate Sean C. Riordan |

===================================)

Mr. Reyes's special conditions of pre-trial release are found in ECF document 13. Special Condition 2 requires him not be absent from his residence for more than 24 hours without prior approval of his pretrial release officer and Special Condition 4 requires him to restrict his travel to the EDCA, unless pre-approved by his pre-trial services officer[1].

Mr. Reyes would like to attend the viewing, Holy Mass, burial and celebration of life of a relative in San Jose and Santa Clara, California. The viewing is from 5:00 – 8:00 p.m. on Thursday, October 22, 2026. The Holy Mass is from 12:00 – 1:00 p.m. on Friday, October 23, 2026. The burial is from 1:30 – 3:00 p.m. on October 23, 2026. The celebration of life will be from 3:30 p.m. to 8:30

[1] ECF document 13:
"2. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
4. You must restrict your travel to Eastern District of California and the Northern District of California for work purposes, unless otherwise approved in advance by the pretrial services officer"

p.m. on October 23, 2026. All details of the names of the relatives and the locations of each event, and where Mr. Reyes will be spending Thursday and Friday nights, have been provided to pre-trial services and the government.

Travel time between Mr. Reyes's residence and San Jose is about 1 hour and 30 minutes in light traffic. The parties agree that on Thursday, October 22, 2026, Mr. Reyes may travel to San Jose for the viewing. He may stay overnight in the San Jose area on Thursday and Friday nights and return to his residence by 1:00 p.m. on Saturday, October 24, 2026.

IT IS HEREBY STIPULATED AND AGREED between the defendant Wilfredo Reyes, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Adrian Kinsella, that on Thursday, October 22, 2026, Mr. Reyes may travel to San Jose for the viewing. He may stay overnight in the San Jose area on Thursday and Friday nights and return to his residence by 1:00 p.m. on Saturday, October 24, 2026.

I have spoken to USPTS Kelsey Howard and she does not oppose returning this request.

Dated: October 21, 2026

Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Wilfredo Reyes

Dated: October 21, 2026

ERIC GRANT
United States Attorney

/s/ Adrian Kinsella
Adrian Kinsella
Assistant U.S. Attorney

///

///

[~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders on Thursday, October 22, 2026, Mr. Reyes may travel to San Jose for the viewing. He may stay overnight in the San Jose area on Thursday and Friday nights and he must return to his residence by 1:00 p.m. on Saturday, October 24, 2026.

Dated: October 21, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE